# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. ZAGALA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA, Warden,<br><br>　　　　　　　　Respondent. | Case No. CV 13-3840-JVS (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 9, 2013

　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE